IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 264

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BLUE RIDGE SAVINGS BANK, INC., | ) ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| CHARLES H. TAYLOR and DWAYNE H. WISEMAN, | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on John F. Bloss's Application for Admission to Practice *Pro Hac Vice* of Susannah M. DeNicola. It appearing that Susannah M. DeNicola is a member in good standing with the Louisiana State Bar and will be appearing with John F. Bloss, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that John F. Bloss's Application for Admission to Practice *Pro Hac Vice*(#4) of Susannah M. DeNicola is **GRANTED**,

and that Susannah M. DeNicola is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John F. Bloss.

Signed: October 14, 2014

Dennis L. Howell
United States Magistrate Judge