# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv264

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BLUE RIDGE SAVINGS BANK, INC.,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| **CHARLES H. TAYLOR and DWAYNE H. WISEMAN,** | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Joint Motion for Entry of Proposed Protocol Regarding Electronically Stored Information [# 22]. The parties jointly move for the entry of an order negotiated by the parties that provides for the protocol for handling electronically stored information during discovery. Upon a review of the joint order and the record, the Court **GRANTS** the motion [# 22]. The Court **INCORPORATES** the terms of the Joint Proposed Protocol Regarding Electronically Stored Information [# 22-1] into the body of this Order.

Signed: September 2, 2015

Dennis L. Howell
United States Magistrate Judge