# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14cv264

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BLUE RIDGE SAVINGS BANK, INC., </br></br>　　　Plaintiff, </br></br> v. </br></br> CHARLES H. TAYLOR and DWAYNE H. WISEMAN, </br></br>　　　Defendants. | ORDER |

Pending before the Court is the Motion to Stay [# 24]. All of the parties consent to the motion. Upon a review of the record, and for the reasons set forth in the Motion to Stay, the Court **GRANTS** the motion [# 24]. The Court **STAYS** these proceedings until November 20, 2015, to allow the parties to finalize the settlement of this matter and to file a joint stipulation of dismissal.

Signed: October 18, 2015

Dennis L. Howell
United States Magistrate Judge